**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** ) | **Chapter 7** |
| ) | |
| **SMARTTOUCH BIOMETRICS, LLC,** ) | |
| ) | **Case No. 10 B 48588** |
| ) | |
| **Debtor.** ) | |
| ) | **Hon. Susan Pierson Sonderby** |
| ) | **United States Bankruptcy Judge** |

**FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION**
**UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE**
**PURSUANT TO BANKRUPTCY RULE 1019(5)**

SmartTouch Biometric, LLC ("SmartTouch" or "the Debtor"), by its undersigned counsel, hereby submits the Final Report of Debtor as Debtor-in-Possession Upon Conversion of Chapter 11 Case to Chapter 7 Case Pursuant to Bankruptcy Rule 1019(5) (the "Final Report"). For its Final Report, the Debtor states as follows:

**I.    Conversion**

(a)    Bankruptcy Case voluntarily converted on February 18, 2011.

(b)    Monthly operating reports for January, 2011 and the period February 1-18, 2011 attached hereto as Exhibits A and B, respectively.

**II.    Payment of Chapter 11 Administrative Claims**

(a)    All U.S. Trustee fees for the period through February 18, 2011 have been paid in full.

(b)    The Debtor's attorneys, Mark E. Leipold and the law firm of Gould & Ratner LLP ("G&R"), has incurred fees in the amount of approximately $28,630.50 and expenses in the amount of $522.79 against which G&R is currently holding a retainer of $2,123.18. G&R is preparing, and will be filing, its first and final fee application.

**III.    Tax Returns**

(a)    Since the Debtor is a subchapter S entity, its tax returns are filed as part of the personal tax returns of the sole shareholder, Ronald Lachman.

**IV.**     **Cash**

(a)     Cash balance on hand at date of conversion     $9,172.44

(b)     The cash balance is unencumbered.

**V.**     **Accounts Receivable**

(a)     All account receivables have been collected.

**VI.**     **Inventory**

(a)     The value of the remaining inventory is unknown. The inventory is located at IMC Distribution, 15147 Don Julian Road, City Of Industry, CA 91746-3304. A copy of the inventory report is attached as Exhibit C.

**VII.**     **Accounts Payable**

(a)     Total unpaid debts incurred during chapter 11 case.     $1,700.00 (est.)

(b)     Itemize below all unpaid debts incurred during the chapter 11 case, including unsecured debts, secured debts, taxes, wages, administrative expenses, etc., but not including any prepetition debts:

| Name and Address of Unpaid Entities | Kind of Debt | Date Incurred | Amount Unpaid |
|---|---|---|---|
| Internal Revenue Service<br>PO Box 804521<br>Cincinnati, OH 45280-4521<br><br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0046<br><br>Illinois Department Of Revenue<br>PO Box 19447<br>Springfield Il 62794-9447 | Payroll Taxes | 2/15/2011 | $1,700 (est.)<br>(This amount was deposited with the payroll service, Paychex, Inc., and it will be paid upon the filing of the final 941 return.)<br><br>Paychex<br>100 Warrenville Rd.<br>Suite 200<br>Naperville, IL 60563 |

2

| Name and Address of Unpaid Entities | Kind of Debt | Date Incurred | Amount Unpaid |
|---|---|---|---|
| Sage Payment Solutions<br>1750 Old Meadow Rd, Suite 300<br>McLean, VA 22102 | Credit card processing fees. | Monthly | $16.87 |
| BizFilings<br>8040 Excelsior Dr.<br>Suite 200<br>Madison, WI 53717 | Registered Agent | Annually | $0 |
| Premium Financing Specialists<br>180 N. Michigan Avenue<br>Suite 1016<br>Chicago, IL  60601 | Insurance premium financing. | Monthly | $0 |
| Extra Space Storage<br>730 Old Willets Path<br>Hauppauge, NY  11788-4102 | Storage Locker | Monthly | $0 |
| Federal Express<br>3620 Hacks Cross Road<br>Building B, 3rd Floor<br>Memphis, TN  38125 | Overnight courier service | Monthly | $10.71 |
| IMC Distribution<br>15147 Don Julian Road<br>City Of Industry, CA  91746-3304<br>(location of remaining inventory) | Storage | Monthly | $50.00 |
| Volusion, Inc.<br>8911 N. Capital of Texas Highway<br>Suite 1200<br>Austin, TX 78759 | ecommerce provider | Monthly | $49.95 (disputed) |

Respectfully submitted,

**SMARTTOUCH BIOMETRICS, LLC, a Nevada corporation**

By:  /s/    Ronald G. Lachman
              President

By:  /s/    Mark E. Leipold
              One of its Attorneys

Mark E. Leipold (I.D. No. 6194124)
**GOULD & RATNER LLP**
222 N. LaSalle Street, Suite 800
Chicago, Illinois 60601
(312) 236-3003

## CERTIFICATE OF SERVICE

      I, Mark E. Leipold, an attorney, hereby certify that I electronically filed the foregoing **FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE PURSUANT TO BANKRUPTCY RULE 1019(5)** with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record electronically, including the U.S. Trustee, on May 31, 2011.

                                      /s/Mark E. Leipold

## SERVICE LIST

Patrick S. Layng, United States Trustee
Cameron Gulden
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Richard J Mason
McGuire Woods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601

4849-5164-1865, v. 1